UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBRA ROTHMAN and ROBERT FELDSTEIN,

                Plaintiff,

                -against-

LOREN GILBERT-SMITH and
NEW YORK CITY OFFICE OF PAYROLL
ADMINISTRATION,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

08 CV 1346 (RJD) (LB)

DEARIE, Chief Judge.

      By Report and Recommendation filed November 25, 2009, Judge Bloom recommended that "plaintiff's complaint should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure." (Docket Entry 36.)

      No objections have been filed to the Report and Recommendation. The Court has reviewed Judge Bloom's Report and Recommendation and adopts it in its entirety. The Clerk of the Court is directed to dismiss plaintiff's complaint without prejudice.

**SO ORDERED.**

Dated: Brooklyn, New York
       January 7, 2010

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge